U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JAN 2 3 2012

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

RICHARD DEAN MEARS, 12882-057,      )
              Plaintiff,      )
                               )
v.                                  )        No. 3:11-CV-2708-B
                               )
JOEL A. SANTANA, ET AL.,            )
              Defendants.      )

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

SO ORDERED.

SIGNED this _23_ day of January, 2012.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE