U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 2 3 2012

CLERK, U.S. DISTRICT COURT
By _____
       Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RICHARD DEAN MEARS, 12882-057, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:11-CV-2708-B |
| ) | |
| JOEL A. SANTANA, ET AL., ) | |
| Defendants. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

SO ORDERED.

SIGNED this 23rd day of January, 2012.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE